CASUALTY CO. v. INSURANCE CO.
    No. 101 PC.

Case below: 16 N.C. App. 194.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 December 1972.

CITY OF WINSTON-SALEM v. RICE
    No. 89 PC.

Case below: 16 N.C. App. 294.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

CROTTS v. PAWN SHOP
    No. 95 PC.

Case below: 16 N.C. App. 392.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

BOWEN v. RENTAL CO.
    No. 59 PC.

Case below: 16 N.C. App. 70.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 December 1972.

BRAWLEY v. HEYMANN
    No. 46 PC.

Case below: 16 N.C. App. 125.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.